# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANUARY WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CHRIS WRIGHT, Secretary of Energy, in his official capacity, et al.,<br><br>    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:26-cv-00291-AMA-DAO<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on April 22, 2026, recommending the Court deny Plaintiff's Motion for Leave to Proceed In Forma Pauperis. The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[1] To date, no objection has been filed.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts the recommendation, finding that Plaintiff has not demonstrated the requisite inability pay the full filing fee in this case.

---

[1] *See* Report and Recommendation (ECF No. 13).

## ORDER

Based on the foregoing, the Court ADOPTS the Report and Recommendation.  It is hereby ORDERED that Plaintiff pay the full filing fee within 14 days of this Order.  Failure to do so may result in dismissal of this action without prejudice.

DATED this 7th day of May 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge